UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STRATEGIC MAINTENANCE SOLUTIONS, INC., | ) ) ) |
| Plaintiff, | ) ) ) Docket no. 2:08-cv-278-P-S |
| v. | ) ) |
| PRACTIVE SOLUTIONS, INC., KEVIN D. CLARK & G. MICHAEL COOPER, | ) ) ) ) |
| Defendants. | ) |

### ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER

Before the Court is Plaintiff's Motion for Temporary Restraining Order (Docket # 13). The Court has reviewed the Motion along with the entire docket. The Court finds no adequate basis for granting Plaintiff the extraordinary remedy of *ex parte* injunctive relief as requested. In the Court's view, Plaintiff has properly received tailored *ex parte* relief via the attachment order, and the additional wide-ranging injunctive relief sought via the pending motion is not clearly necessary to prevent immediate, irreparable harm. Rather, the relief requested is best considered after giving Defendants an opportunity to be heard. Therefore, to the extent Plaintiff's Motion for Temporary Restraining Order (Docket # 13) sought relief *ex parte* pursuant to Rule 65(b)(1), the Motion is hereby DENIED IN PART.

However, the Court will RESERVE RULING on the Motion to the extent that it seeks preliminary injunctive relief in accordance with Rule 65(a)(1). Thus, Plaintiff is hereby ORDERED to give Defendants notice of this case and the pending motion and thereafter notify the Court of the date on which Defendants received notice. Defendants are hereby ORDERED to respond to Plaintiff's Motion (Docket # 13) within ten days of receiving such notice.

SO ORDERED.

      /s/ George Z. Singal
      Chief U.S. District Judge

Dated this 8th day of September, 2008.